UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL RINALDI, : | |
| : | |
| Plaintiff : | |
| : | No. 1:17-CV-01090 |
| vs. : | |
| : | (Judge Rambo) |
| JOHN DOE #1 et al., : | |
| : | |
| Defendants : | |

# ORDER

**AND NOW**, this 8th day of August, 2017, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff Michael Rinaldi's complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) and 28 U.S.C. § 1915A (b)(1) as frivolous and for failure to state a claim upon which relief can be granted; and

2. The Clerk of Court is directed to **CLOSE** this case.

    s/Sylvia H. Rambo
    SYLVIA H. RAMBO
    United States District Judge